UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDUARDO GIZZARELLI,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., et al.,

Defendants.

Case No.   5:14-cv-05176-EJD

**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE**

Having reviewed the parties' joint statement (Docket Item No. 19) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for June 4, 2015, is CONTINUED to **10:00 a.m. on July 2, 20**15.  On or before **June 25, 2015**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of the settlement and amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **June 25, 2015**.

**IT IS SO ORDERED.**

Dated:  May 29, 2015

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:14-cv-05176-EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE