1  **MORGAN, LEWIS & BOCKIUS LLP**
   JOSEPH DUFFY (State Bar No. 241854)
2  JOSEPH BIAS (State Bar No. 257127)
   300 South Grand Avenue, Twenty-Second Floor
3  Los Angeles, CA 90071-3132
4  Telephone: 213.612.2500
   Facsimile: 213.612.2501
5  E-mail:  jduffy@morganlewis.com
            jbias@morganlewis.com
6
7  Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A. (incorrectly named as
8  "JPMORGAN CHASE")

9  The Law Offices of Veronica M. Aguilar
   Veronica M. Aguilar, Esq., SBN # 153288
10 402 West Broadway, Suite 1900
   San Diego, California 92101
11 (619) 238-1221 Telephone
12 (619) 563-1220 Fax

13 Attorney for Plaintiff
   EDUARDO GIZZARELLI
14

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 6/29/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GIZZARELLI, | Case No.5 :14-cv-05176-EJD-HRL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | (Removed from the Superior Court of the State of California, County of Santa Clara, Case No. 114CV272199) |
| LONG BEACH MORTGAGE COMPANY, JPMORGAN CHASE , and ALAW TRUSTEE, and | |
| DOES 1 THROUGH 25 INCLUSIVE | Honorable Edward J. Davila |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 26016286.1

3:14-CV-05176-EJD-HRL
STIPULATED DISMISSAL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff in the above-captioned case and Defendant, J.P. Morgan Chase Bank, National Association (incorrectly named as "JPMorgan Chase") ("Chase"), through their respective undersigned counsel, as follows:

1. This entire action of all parties and all claims shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and,

2. The parties have agreed that each side shall bear its own costs and fees.

3. The Clerk shall close this file.

Dated: June 25, 2015                        MORGAN, LEWIS & BOCKIUS LLP

By /s/ Joseph Bias
Joseph Bias
*Attorneys for Defendant*
JPMORGAN CHASE BANK, N.A.
(incorrectly named as "JPMORGAN CHASE")

Dated: June 25, 2015                        LAW OFFICES OF VERONICA M. AGUILAR

By /s/ Veronica Aguilar
Veronica M. Aguilar
*Attorney for Plaintiff*
EDUARDO GIZZARELLI

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 25503926.1

1

3:14-CV-05176-EJD-HRL
STIPULATED DISMISSAL

# PROOF OF SERVICE

I, Trisha Rose Elegino, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On June 25, 2015, I served a copy of the within document(s):

**STIPULATION REGARDING SETTLEMENT**

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on June 25, 2015, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Trisha Rose Elegino

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 25503926.1

2

3:14-CV-05176-EJD-HRL
STIPULATED DISMISSAL